# 7IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTESON HOSPITALITY REAL ESTATE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 15 C 10390 ) |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM ORDER

On July 25, 2016 this Court issued a brief memorandum order ("Order") addressing the troubling posture (or more precisely lack of posture) of this litigation. It set a short deadline -- August 1 -- for an explanation to be provided by counsel for plaintiff Matteson Hospitality Real Estate, LLC. But August 1 has come and gone, and this Court waited a few days beyond that date because of the possibility that a response may have been filed but its receipt by this Court may have been delayed if counsel was relying on the mail rather than personal delivery. Nothing has been forthcoming, and in accordance with the warning contained in the Order this action is dismissed for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 5, 2016